IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 NOV 18 PM 1:26

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUSTIN JELINEK,<br><br>        Defendant. | 4:25CR3103<br><br>INDICTMENT<br>18 U.S.C. §§ 1114(a)(1) & 1113<br>18 U.S.C. §§ 1114(a)(2) & 1113<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) & (b)(2) |

The Grand Jury charges that

COUNT I: Attempted Murder

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, with premeditation and malice aforethought, unlawfully attempt to kill Victim KG, a federal task officer with Homeland Security Investigations and the Nebraska State Patrol, an officer and employee of the United States, while Victim KG was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(1) and 1113.

COUNT II: Attempted Murder

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, with premeditation and malice aforethought, unlawfully attempt to kill Victim TK, a federal task officer with Homeland Security Investigations and the Nebraska State Patrol, an officer and employee of the United States, while Victim TK was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(1) and 1113.

1

COUNT III: Attempted Murder

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, with premeditation and malice aforethought, unlawfully attempt to kill Victim JD, a federal task officer with Homeland Security Investigations and the Nebraska State Patrol, an officer and employee of the United States, while Victim JD was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(1) and 1113.

COUNT IV: Attempted Murder

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, with premeditation and malice aforethought, unlawfully attempt to kill Victim JH, a federal task officer with the Federal Bureau of Investigation and the Nebraska State Patrol, an officer and employee of the United States, while Victim JH was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(1) and 1113.

COUNT V: Attempted Murder

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, with premeditation and malice aforethought, unlawfully attempt to kill Victim NM, a federal task officer with the Federal Bureau of Investigation and the Nebraska State Patrol, an officer and employee of the United States, while Victim NM was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(1) and 1113.

### COUNT VI: Attempted Murder

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, with premeditation and malice aforethought, unlawfully attempt to kill Victim PR, a federal task officer with the Federal Bureau of Investigation and the Nebraska State Patrol, an officer and employee of the United States, while Victim PR was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(1) and 1113.

### COUNT VII: Attempted Murder

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, with premeditation and malice aforethought, unlawfully attempt to kill Victim NT, a federal task officer with Homeland Security Investigations and the Nebraska State Patrol, an officer and employee of the United States, while Victim NT was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(1) and 1113.

### COUNT VIII: Attempted Voluntary Manslaughter

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, upon a sudden quarrel or heat of passion, unlawfully attempt to kill Victim KG, a federal task officer with Homeland Security Investigations and the Nebraska State Patrol, an officer and employee of the United States, while Victim KG was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(2) and 1113.

### COUNT IX: Attempted Voluntary Manslaughter

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, upon a sudden quarrel or heat of passion, unlawfully attempt to kill Victim TK, a federal task officer with Homeland Security Investigations and the Nebraska State Patrol, an officer and employee of the United States, while Victim TK was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(2) and 1113.

### COUNT X: Attempted Voluntary Manslaughter

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, upon a sudden quarrel or heat of passion, unlawfully attempt to kill Victim JD, a federal task officer with Homeland Security Investigations and the Nebraska State Patrol, an officer and employee of the United States, while Victim JD was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(2) and 1113.

### COUNT XI: Attempted Voluntary Manslaughter

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, upon a sudden quarrel or heat of passion, unlawfully attempt to kill Victim JH, a federal task officer with the Federal Bureau of Investigation and the Nebraska State Patrol, an officer and employee of the United States, while Victim JH was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(2) and 1113.

### COUNT XII: Attempted Voluntary Manslaughter

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, upon a sudden quarrel or heat of passion, unlawfully attempt to kill Victim NM, a

federal task officer with the Federal Bureau of Investigation and the Nebraska State Patrol, an officer and employee of the United States, while Victim NM was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(2) and 1113.

### COUNT XIII: Attempted Voluntary Manslaughter

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, upon a sudden quarrel or heat of passion, unlawfully attempt to kill Victim PR, a federal task officer with the Federal Bureau of Investigation and the Nebraska State Patrol, an officer and employee of the United States, while Victim PR was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(2) and 1113.

### COUNT XIV: Attempted Voluntary Manslaughter

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, upon a sudden quarrel or heat of passion, unlawfully attempt to kill Victim NT, a federal task officer with Homeland Security Investigations and the Nebraska State Patrol, an officer and employee of the United States, while Victim NT was engaged in and on account of the performance of his official duties.

In violation of Title 18, United States Code, Sections 1114(a)(2) and 1113.

### COUNT XV: Receipt of Child Pornography

Between on or about January 1, 2023, and continuing to on or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, knowingly received any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual

depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

### COUNT XVI: Possession of Child Pornography

On or about October 15, 2025, within the District of Nebraska, JUSTIN JELINEK, the defendant herein, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
LESLEY WOODS, TX Bar #24092092
United States Attorney