FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUL 22  AM 10: 24

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JUSTIN JELINEK,

        Defendant.

4:25CR3103

SUPERSEDING INDICTMENT
18 U.S.C. §§ 1114(a)(1) & 1111
18 U.S.C. §§ 1114(a)(2) & 1111
18 U.S.C. § 111(a)(1) & (b)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)

The Grand Jury charges that

### COUNT I: Attempted Murder

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, with premeditation and malice aforethought, unlawfully attempt to kill Victim KG; Victim TK; Victim JD; Victim JH; Victim NM; Victim PR; and Victim NT, federal task officers with the Federal Bureau of Investigations, Homeland Security Investigations, and the Nebraska State Patrol, each officers and employees of the United States, while Victim KG; Victim TK; Victim JD; Victim JH; Victim NM; Victim PR; and Victim NT, were engaged in and on account of their performance of their official duties.

In violation of Title 18, United States Code, Sections 1114(a)(1) and 1111.

### COUNT II: Attempted Voluntary Manslaughter

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did, upon a sudden quarrel or heat of passion, unlawfully attempt to kill Victim KG; Victim TK; Victim JD; Victim JH; Victim NM; Victim PR; and Victim NT, federal task officers with the Federal Bureau of Investigations, Homeland Security Investigations, and the Nebraska State Patrol, each officers and employees of the United States, while Victim KG; Victim TK;

1

Victim JD; Victim JH; Victim NM; Victim PR; and Victim NT were engaged in and on account of the performance of their official duties.

In violation of Title 18, United States Code, Sections 1114(a)(2) and 1111.

### COUNT III: Assault with a Deadly Weapon

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Victim KG; Victim TK; Victim JD; Victim JH; Victim NM; Victim PR; and Victim NT, federal task officers with Homeland Security Investigations and the Nebraska State Patrol, officers and employees of the United States, who were engaged in their official duties, with a dangerous weapon, that is a firearm.

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT IV: Discharge of a Firearm, During and In Relation to, a Crime of Violence

On or about October 15, 2025, in the District of Nebraska, the defendant, JUSTIN JELINEK, did knowingly [brandish] carry and use a firearm, that is, a semiautomatic rifle, 308 Winchester caliber, serial # 328191, and that firearm discharged during and in relation to, a crime of violence, for which he may be prosecuted in a court of the United States, that is, attempted murder as alleged in Count I and assault with a deadly weapon as alleged in Count III.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

### COUNT V: Possession of Child Pornography

Beginning on or about an unknown date, and continuing until on or about October 15, 2025, in the District of Nebraska and elsewhere, the defendant, JUSTIN JELINEK, did knowingly possess at least one matter which contained a visual depiction, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images depicting a prepubescent minor

2

and a minor under the age of 12 years, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
LESLEY A. WOODS, TX Bar #24092092
United States Attorney

3