**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JUSTIN JELINEK,**<br><br>**Defendant.** | **4:25CR3103**<br><br>**ORDER** |

The defendant has filed a Motion to Dismiss Count IV (Filing No. 56). Accordingly,

**IT IS ORDERED:**

1. The telephone conference scheduled on August 27, 2026, is canceled.

2. On or before September 4, 2026, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

3. On or before September 11, 2026, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

4. On or before September 18, 2026, the parties shall deliver to the undersigned's chambers via email to deluca@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

5. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **September 28, 2026, at 10:15 a.m.** Conferencing instructions will be provided under a separate order.

Dated this 21st day of August, 2026.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge